UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL
WORKERS LOCAL 63, ET AL,
      Plaintiffs

V.                                                CA 04-30225-MAP

GREENWOOD INDUSTRIES, INC.,
      Defendant

ORDER

November 30, 2004

PONSOR, D.J.

    After review of the complaint filed in this case, it is hereby ordered that the case be transferred to the Worcester Division of the United States District Court. Even though the work was performed by the defendant in western Massachusetts, the defendant's place of business is located in Millbury, MA, which is located in Worcester County.

    It is so ordered.

                                              /s/ Michael A. Ponsor
                                              United States District Judge