AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS
HEALTH & WELFARE FUND, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

**04-30225-MAP**

GREENWOOD INDUSTRIES, INC.

TO: (Name and Address of Defendant)

> Greenwood Industries
> P.O. Box 2800
> Worcester, MA 01613-2800

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Aaron D. Krakow
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                    11/18/04
CLERK                                            DATE

_____
BY DEPUTY CLERK



AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

11/29/2004

I hereby certify and return that on 11/26/2004 at 02:03pm I served a true and attested copy of the Summons in a Civil Action and Complaint in this action in the following manner: To wit, by delivering in hand to SCOTT MARENGO, agent, person in charge at the time of service for GREENWOOD INDUSTRIES, INC. at 50 HOWE AVE, MILLBURY, MA. Fees: Service 30.00, Travel 20.16, Conveyance 5.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $59.16

Deputy Sheriff Ronald E Richard

*Ronald E Richard*
_____
**Deputy Sheriff**

☐ Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                     Signature of Server

                               _____
                                     Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.