UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF SHEET METAL WORKERS )
LOCAL 63 HEALTH & WELFARE FUND, et al )
   Plaintiffs )
)
v. )   C. A. NO. 04-30225-MAP
)
)
GREENWOOD INDUSTRIES, INC. )
   Defendant )
)

## REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Greenwood Industries, Inc., 50 Howe Street, Millbury, MA 01527 in the above-captioned action. Defendant Greenwood Industries, Inc. was served with the complaint on November 26, 2004. As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

                Plaintiffs
                by their attorney

                _____
                Aaron D. Krakow
                BBO #544424
                Krakow & Souris, LLC
                225 Friend Street
                Boston, MA 02114
                (617) 723-8440

## CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail this day to Greenwood Industries, Inc., 50 Howe Avenue, Millbury, MA 01527.

_____
Aaron D. Krakow