UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Trustees of Sheet Metal Workers
Local 63 Health & Welfare Fund, et al.,
      Plaintiff,

                              CIVIL ACTION
                              NO. 04- 30225-FDS

V.

Greenwood Industries, Inc.,
      Defendant,

## NOTICE OF DEFAULT

  Upon application of the Plaintiff, Trustees of Sheet Metal Workers Local 63 for an order of default for failure of the Defendant, Greenwood Industries, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 15th day of February 2005.

                                              TONY ANASTAS, CLERK

                                              By:  /s/ Martin Castles
                                                     Deputy Clerk

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                                        [ntcdflt.]