UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS ) | |
| LOCAL 63 HEALTH & WELFARE FUND, et al ) | |
| Plaintiffs ) | |
| ) | C. A. NO. 04-30225-MAP |
| v. ) | |
| ) | |
| GREENWOOD INDUSTRIES, INC. ) | |
| Defendant ) | |
| _____ ) | |

MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Trustees of Sheet Metal Workers Local 63 Health & Welfare Fund, et al, upon the accompanying Declaration of Brigitte Dugre, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Greenwood Industries, Inc. to pay to the plaintiffs the sum of $29,914.53 in damages and taxable costs.

Dated: April 1, 2005　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　　BBO #544424
　　　　　　　　　　　　　　　　　　　　KRAKOW & SOURIS, LLC
　　　　　　　　　　　　　　　　　　　　225 Friend Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02114     (617) 723-8440
　　　　　　　　　　　　　　　　　　　　/s/ Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　　Attorney for plaintiffs

CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to Greenwood Industries, Inc., 50 Howe Avenue, Millbury, MA 01527.

　　　　　　　　　　　　　　　　　　　　 /s/ Aaron D. Krakow
　　　　　　　　　　　　　　　　　　　　Aaron D. Krakow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al<br>    Plaintiffs,<br><br>v.<br><br>GREENWOOD INDUSTRIES, INC.<br>    Defendant | )<br>)<br>)<br>)<br>)   C. A. NO. 04-30225-MAP<br>)<br>)<br>)<br>) |

**JUDGMENT**

PONSOR, D.J.

Defendant Greenwood Industries, Inc. having failed to plead or otherwise defend in this action and default having been entered on February 15, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $29,705.37, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $209.16 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Greenwood Industries, Inc. the sum of $29,914.53 with interest as provided by law.

By the Court,

Date: _____    _____
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF SHEET METAL WORKERS<br>LOCAL 63 HEALTH & WELFARE FUND, et al<br>    Plaintiffs<br><br>v.<br><br>GREENWOOD INDUSTRIES, INC.<br>    Defendant | )<br>)<br>)<br>) C. A. NO. 04-30225-MAP<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF BRIGITTE DUGRE

    Brigitte Dugre, being duly sworn, says:

    1. I am presently the Administrator of Sheetmetal Workers Local Union No. 63 employee benefit funds.

    2. In that capacity I am responsible for receiving the amounts due to be paid to the said funds and to other employee benefit funds (referred to collectively as "the Funds") affiliated with the Sheetmetal Union, by the employers who have entered into collective bargaining agreements with the Sheetmetal Workers Local Union No. 63 in which they have agreed to make contributions to the Funds.

    3. Defendant Greenwood Industries, Inc. has failed to make contributions and payments to the plaintiff Funds for hours of work performed by its employees, and the Funds have calculated that defendant is delinquent in its contributions and payments due to the Funds based on those hours of work and the applicable hourly contribution rates in the principal amount of $27,509.89.

4. The collective bargaining agreement referenced above upon which defendant's contribution obligation is based provides for interest on delinquent contributions to be assessed at the rate of 15% per annum, and such interest is also expressly mandated by law. 29 U.S.C. §1132(g)(2)(B).

5. The Funds have calculated the interest charges on the principal amount owed to the Funds by Greenwood Industries, Inc. based on the applicable interest rate computed to through March 2005 to be $687.74.

6. Section 502(g)(2)(C) of ERISA, 29 U.S.C. §1132(g)(2)(C) provides for an additional assessment of interest as liquidated damages.

7. The Funds have calculated the liquidated damages to be $687.74.

8. The reasonable attorney's fees for instituting and prosecuting this action that are required by the relevant collective bargaining agreements and that are also expressly mandated by law, 29 U.S.C. §1131(g)(2)(D), are $820.00.

9. The costs incurred by the plaintiff in bringing this action consisting of filing and service fees total $209.16

10. The total amount owed to the Funds by defendant consisting of the separate amounts listed in paragraphs 3 through 9 of this affidavit, totals $29,914.53.

11. The defendant is neither an infant and/or an incompetent person, nor in the military services of the United States.

I declare under the penalties of perjury that the foregoing is true and correct this 29th day of March, 2005.

                                              /s/ Brigitte Dugre_____
                                              Brigitte Dugre, Fund Administrator