UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **TRUSTEES OF SHEET METAL WORKERS LOCAL 63 HEALTH & WELFARE FUND, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GREENWOOD INDUSTRIES, INC.,**<br><br>Defendant. | **Civil Action No.**<br>**04-30225-FDS** |

## JUDGMENT

**SAYLOR, J.**

Defendant Greenwood Industries, Inc., having failed to plead or otherwise defend this action, and default having been entered on February 15, 2005,

Now upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $29,705.37; that defendant is not an infant or incompetent person or in the military service of the United States; and that plaintiffs have incurred costs in the sum of $209.16, it is here by

**ORDERED, ADJUDGED AND DECREED:**

That plaintiffs recover from defendant Greenwood Industries, Inc., the sum of $29,914.53, with interest as provided by law.

By the Court,

/s/ Martin Castles
Deputy Clerk

Date:  4/28/05